CAMLOC FASTENER CORPORATION, Plaintiff-Appellant,

v.

OPW CORPORATION, Defendant-Appellee.

No. 29, Docket 25505.

United States Court of Appeals Second Circuit.

Argued Nov. 2, 1959.

Decided Nov. 19, 1959.

John P. Chandler, New York City, for plaintiff-appellant.

Mark N. Donohue, of Brumbaugh, Free, Graves & Donohue, New York City (Curtis, Mallet-Prevost, Colt & Mosle, New York City, on the brief), for defendant-appellee.

Before CLARK, Chief Judge, and HINCKS and WATERMAN, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the opinion of District Judge Murphy, D.C.S.D. N.Y., 164 F.Supp. 15.